(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Laverdure, Ronald W.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29693 North Route 12**<br>**Apt. 1**<br>**Wauconda, IL 60084** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which** |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | **the Petition is Filed** (Check one box) |
| ☐ Corporation | ☐ Stockbroker | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Other_____ | | ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 t<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/08/2005
Time: 9:48:34
Debtor: RONALD W LAVERDURE
Case: 05-08111   Fee : 209
Chapter: 7 Rec. # : 3124204
Judge: A Benjamin Goldgar
341 mtg: 04/04/2005 @ 03:30PM
Trustee: ILENE GOLDSTEIN

1:05BK08111-BK001

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Page 2 | Name of Debtor(s):<br>**Laverdure, Ronald W.** | **FORM B1, Page 2** |
|---|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ronald W. Laverdure_
Signature of Debtor Ronald W. Laverdure

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 3, 2005**
Date

**Signature of Attorney**

X _Ariel Weissberg_
Signature of Attorney for Debtor(s)
**Ariel Weissberg**
Printed Name of Attorney for Debtor(s)
**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle Street**
**Suite 403**
**Chicago, IL 60605**
Address
**312-663-0004 Fax: 312-663-1514**
Telephone Number
**February 3, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Ariel Weissberg_    **February 3, 2005**
Signature of Attorney for Debtor(s)    Date
**Ariel Weissberg**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re   **Ronald W. Laverdure**                                          Case No. _____

_____

Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| **Illinois Dept. of Revenue** P.O. Box 88294 Chicago, IL 60680-1294 | | - | | | | | X | | |
| | | | | Value $                    0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** Kansas City, MO 64999 | | - | | | | | | | |
| | | | | Value $                    0.00 | | | | **850.00** | **850.00** |
| Account No. | | | | Business Loan | | | | | |
| **Parkway Bank & Trust** 4800 N. Harlem Harwood Heights, IL 60656 | | - | | 1969 Brown Rebuilt M674179 | | | | | |
| | | | | Value $                    0.00 | | | | **1,598,486.58** | **1,598,486.58** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | **1,599,336.58** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,599,336.58** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                                    Case No. _____

---
                                                    **Debtor**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

■ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                                    Case No. _____

                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Alimony, Maintenance, or Support

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **02-D-1553** <br><br> **Patricia Laverdure** <br> **c/o Katherine Laverdure** <br> **29693 N. Highway #12** <br> **Wauconda, IL 60084** | | | **2003** | | | | **42,000.00** | **42,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **42,000.00** | |
| Total (Report on Summary of Schedules) | **42,000.00** | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                    Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **A& A Freight** P.O. Box 6026 Rockford, IL 61125 | | - | | | | | 48.54 |
| Account No. | | | | | | | |
| **ABT Electronics** 9000 N. Waukegan Road Morton Grove, IL 60053 | | - | | | | X | 503.70 |
| Account No. | | | | | | | |
| **ACPA** 676 Enterprise Drive #B Lewis Center, OH 43035 | | - | | | | | 50.00 |
| Account No. | | | | | | | |
| **Advanced Audio/Cellular** Route #176 Wauconda, IL 60084 | | - | | | | | 26.83 |

__28__  continuation sheets attached

Subtotal                     | 629.07
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:23645-021205   Best Case Bankruptcy

In re     **Ronald W. Laverdure**                                    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Advanta 1020 Laurel Oak Road Voorhees, NJ 08043 | | - | | | | | 50.00 |
| Account No. | | | | | | | |
| Advocate Health 205 W. Touhy Suite 104 Park Ridge, IL 60068 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| Advocate Occupational Health 205 W. Touhy Suite 104 Park Ridge, IL 60068 | | - | | | | X | 50.00 |
| Account No. | | | | | | | |
| AFNI 404 Brock Drive Bloomington, IL 61702-3517 | | - | | | | X | 254.00 |
| Account No. | | | | | | | |
| AGS Rebuilders 8817-B Route #31 Cary, IL 60013 | | - | | | | X | 1,355.00 |

Sheet no. __1__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,709.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Ronald W. Laverdure**                                    Case No. _____

_____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Alliance Waste Services<br>630 S. Hicks<br>Palatine, IL 60067 | | - | | | | X | 32.85 |
| Account No. | | | | | | | |
| American Concrete Pumping Association<br>676 Enterprise Drive<br>Suite B<br>Lewis Center, OH 43035 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| American Express<br>Suite 0001<br>Chicago, IL 60679-0001 | | - | | | | X | 974.00 |
| Account No. | | | | | | | |
| American Gases<br>3949 Grove Avenue<br>Gurnee, IL 60031 | | - | | | | X | 1,458.93 |
| Account No. | | | | | | | |
| Antioch Tire<br>P.O. Box 5948<br>Carol Stream, IL 60197 | | - | | | | X | 59,232.35 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                61,698.13

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                                    Case No. _____

_____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Aquatic Affects P.O. Box 6291 Buffalo Grove, IL 60089 | | - | | | | | 842.00 |
| Account No. | | | | | | | |
| Atlas Bobcat 5050 N. River Road Schiller Park, IL 60173 | | - | | | | | 5,500.07 |
| Account No. | | | | | | | |
| AutoClutch/All Brake 551 Ogden Cicero, IL 60804 | | - | | | | | 4,643.62 |
| Account No. | | | | | | | |
| B&B Perm Seeding 21402 West Highway Route 60 Mudelein, IL 60060 | | - | | | | | 600.00 |
| Account No. | | | Agreed Judgment Order | | | | |
| B.B.S. L.L.C. c/o Robbins Salomon & Patt 25 E. Washington Chicago, IL 60602 | | - | | | | | 40,000.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          51,585.69

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                    Case No. _____

_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Berger Excavating Contractors, Inc. 1003 Washington Wauconda, IL 60084 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Beverly Materials 1100 Brandt Drive Elgin, IL 60120 | | - | | | | X | 50.00 |
| Account No. | | | | | | | |
| Camm Septic P.O. Box 874 Wauconda, IL 60084 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| Campion, Curran, Rausch, Gummerson & Dunlop, P.C. 8600 Route 14 Suite 201 Crystal Lake, IL 60012 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Carquest 319 North Rand Road Wauconda, IL 60084 | | - | | | | X | 4,451.86 |

| | | |
|---|---|---|
| Sheet no. __4__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,501.86 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Ronald W. Laverdure**                        Case No. _____

                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cassidy Tre<br>710 E. Northwest Highway<br>Arlington Heights, IL 60004 | | - | | | | X | 15,000.00 |
| Account No. | | | | | | | |
| Caterpillar Financial<br>100 NE Adams Street<br>Peoria, IL 61629 | | - | | | | X | 545,814.00 |
| Account No. | | | | | | | |
| CCS West<br>11902 North Street<br>Huntley, IL 60142 | | - | | | | X | 8,324.24 |
| Account No. | | | | | | | |
| Central Leasing Mgmt., 1<br>1420 Kensington Road<br>Suite 209<br>Oak Brook, IL 60523-2165 | | - | | | | X | 15,000.00 |
| Account No. | | | | | | | |
| Cingular 1 Cell One<br>P.O. Box 806055<br>Chicago, IL 60680-6055 | | - | | | | | 1,762.38 |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **585,900.62**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                                    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Clear Channel #34090<br>3850 E. Camelback Road<br>Suite 300<br>Phoenix, AZ 85016 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| ComEd<br>Bill Payment Center<br>Barrington, IL | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Curtis Ind.<br>P.O. Box<br>Cleveland, OH 44190 | | - | | | | | 1,859.39 |
| Account No. | | | | | | | |
| Diamond Blade<br>P.O. Box 86270<br>Chicago, IL 60680 | | - | | | | X | 669.82 |
| Account No. | | | | | | | |
| DIK Graphics<br>616 Livingston Street<br>McHenry, IL 60050 | | - | | | | X | Unknown |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              2,529.21

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Ronald W. Laverdure**
_____,    Case No. _____
                    **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Dish Network**<br>**Dept. 0063**<br>**Palatine, IL 60055** | | - | | | | X | 416.88 |
| **Account No.**<br><br>**Durabilt Fence, L.L.C.**<br>**c/o Activity Collection Service**<br>**664 Milwaukee Avenue**<br>**Prospect Heights, IL 60070** | | - | | | | X | 325.00 |
| **Account No.**<br><br>**East Penn Broadview**<br>**2427 Broga Drive**<br>**Broadview, IL 60155** | | - | | | | | 2,026.00 |
| **Account No.**<br><br>**Erbacci & Cerone**<br>**770 Lee Street**<br>**Suite 201**<br>**Des Plaines, IL 60016** | | - | | | | | 900.00 |
| **Account No.**<br><br>**ESP 2 Way Radio**<br>**9126 Ogden Avenue**<br>**Brookfield, IL 60513** | | - | | | | | 1,025.00 |

Sheet no. __7__ of __28__ sheets attached to Schedule of    Subtotal    | 4,692.88
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                    Case No. _____

_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |   |   | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. |   |   |   |   |
| **Expancts** P.O. Box 28039 Pittsburg, PA 15236 |   | - |   |   |   |   | 698.69 |
| Account No. |   |   |   |   |   |   |   |
| **Faulkner Distributing Co.** P.O. Box 506 Mundelein, IL 60060 |   | - |   |   |   | X | Unknown |
| Account No. |   |   |   |   |   |   |   |
| **FCC Equipment Financing** P.O. Box 56347 Jacksonville, FL 32241-6347 |   | - |   |   |   | X | 1,600,000.00 |
| Account No. |   |   |   |   |   |   |   |
| **Federal Express** P.O. Box 1140 Memphis, TN 38101 |   | - |   |   |   |   | 151.84 |
| Account No. |   |   |   |   |   |   |   |
| **Federal Motor Carriers** 19900 Governors Drive Suite 210 Olympic Fields, IL 60461 |   | - |   |   |   |   | 37,760.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,638,610.53

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                    Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **First Priority** P.O. Box 10426 DesMoines, IA 50306 | | - | | | | X | 561.00 |
| **Account No.** | | | | | | | |
| **Ford Credit ACA 412 5G51** P.O. Box 219686 TL Kansas City, MO 64121-9686 | | - | | | | X | 39,972.00 |
| **Account No.** | | | | | | | |
| **G K Services** 5611 11th Street Rockford, IL 61109 | | - | | | | | 1,919.42 |
| **Account No.** | | | | | | | |
| **Good Shepard Hospital** Route #22 Barrington, IL 60010 | | - | | | | X | Unknown |
| **Account No.** | | | | | | | |
| **Great Lakes Equipment** P.O. Box 1331 Elmhurst, IL 60126 | | - | | | | | 8,350.00 |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                50,802.42

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                    Case No. _____

_____
                        **Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **H & E Sod**<br>**3900 W. 167th Street**<br>**Markham, IL 60426** | | - | | | | X | 967.61 |
| **Account No.** | | | | | | | |
| **H & E Sod**<br>**3900 W. 167th Street**<br>**Markham, IL 60426** | | - | | | | | 967.61 |
| **Account No.** | | | | | | | |
| **Harts Tractor**<br>**249 W. Lake Street**<br>**Elmhurst, IL 60126** | | - | | | | | 21,099.97 |
| **Account No.** | | | | | | | |
| **Hinckley Springs**<br>**P.O. Box 1888**<br>**Bedford Park, IL 60499** | | - | | | | X | 18.02 |
| **Account No.** | | | | | | | |
| **Home Depot**<br>**P.O. Box 4534**<br>**Dept. 24**<br>**Carol Stream, IL 60197** | | - | | | | | 3,676.41 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              26,729.62

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                                    Case No. _____

_____,
**Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Howell Tractor** 135 S. LaSalle Street Dept. 4033 Chicago, IL 60674 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| **Hoyer Warner** 785 Fairway Drive Bensenville, IL 60106 | | - | | | | X | 5,386.16 |
| Account No. | | | | | | | |
| **Illinois Audio Products** 3906 Turner Avenue Plano, IL 60545 | | - | | | | | 560.00 |
| Account No. | | | | | | | |
| **Impact Network** 953 Northpoint Blvd. Waukegan, IL 60085 | | - | | | | X | 148.91 |
| Account No. | | | | | | | |
| **Industrial Door Company** 2351 Brickvale Drive Elk Grove Village, IL 60017 | | - | | | | X | 1,500.00 |

| | |
|---|---|
| Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **7,595.07** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                      Case No. _____

                                              **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Infotel Publications** 33 Elm Street Merrimack, NH 03054-5400 | | - | | | | X | **Unknown** |
| **Account No.** | | | | | | | |
| **Irwin D. Rozner, Esq.** Northwest Law Center 2093 Rand Road Des Plaines, IL 60016 | | - | | | | X | **4,500.00** |
| **Account No.** | | | | | | | |
| **J. Pease** 4501 Route 12 Richmond, IL 60071 | | - | | | | | **4,483.00** |
| **Account No.** | | | | | | | |
| **J.J. Keller & Associates** 3003 Breezewood Lane P.O. Box 548 Neenah, WI 54957 | | - | | | | | **107.90** |
| **Account No.** | | | | | | | |
| **Jet Permits** 5555 108th Street Hales Corners, WI 53130 | | - | | | | | **300.50** |

Sheet no. __12__ of __28__ sheets attached to Schedule of        Subtotal        **9,391.40**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                         Case No. _____
_____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| John Sakash Co. 700 W. Walnut Street Elmhurst, IL 60126 | | - | | | | | 4,248.33 |
| Account No. | | | | | | | |
| Johnathan's Landing 3238 Causeway Island Road Jupiter, FL 23477 | | - | | | | | 50.00 |
| Account No. | | | | | | | |
| Johnson & Rountree P.O. Box 2625 Del Mar, CA 92014 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| Juno Ocean Walk 4300 U.S. Highway Suite 2 Jupiter, FL 33477 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| JX Enterprises P.O. Box 1166 Waukesha, WI 53187 | | - | | | | | 1,474.12 |

Sheet no. __13__ of __28__ sheets attached to Schedule of                    Subtotal                5,772.45
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                              Case No. _____

_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **K Construction** 29693 North Highway 12 Wauconda, IL 60084 | | - | | | | X | 258,505.00 |
| Account No. | | | | | | | |
| **Kanzler Landscaping** P.O. Box 626 Wauconda, IL 60084 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Katherine Laverdure** 29693 N. Highway #12 Wauconda, IL 60084 | | - | | | | X | 215,000.00 |
| Account No. | | | | | | | |
| **Keen Edge** 8615 Ogden Avenue Lyons, IL 60534 | | - | | | | | 57.69 |
| Account No. | | | | | | | |
| **Ketone Automotive, Inc.** 2535 South 25th Avenue Broadview, IL 60153 | | - | | | | X | Unknown |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **473,562.69**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Ronald W. Laverdure**                                                    Case No. _____

                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Key Equipment Finance A Division of KCCI PO Box 1865 Albany, NY 12201-1865 | | • | | | | | X | 330,956.00 |
| Account No. | | | | | | | | |
| Keystone Automotive, Inc. 2535 South 25th Avenue Broadview, IL 60153 | | • | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Laundry Concepts 730 Berginal Bensenville, IL 60106 | | • | | | | | X | 232.24 |
| Account No. | | | | | | | | |
| Loftus & Loftus 646 Husse Highway Park Ridge, IL 60605 | | • | | | | | X | 125.00 |
| Account No. | | | | | | | | |
| Mary Shirelle All State Insurance Company P.O. Box 4264 Atlanta, GA 30302 | | • | | | | | X | Unknown |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      331,313.24

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re   **Ronald W. Laverdure**                                    Case No. _____
                                          **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MBNA** **PO Box 15019** **Wilmington, DE 19886-5137** | | - | | | | X | 6,929.68 |
| Account No. | | | | | | | |
| **McAllister** **12500 S. Cicero** **Alsip, IL 60803** | | - | | | | X | 63.07 |
| Account No. | | | | | | | |
| **Menards** **c/o Conseco Finance** **Dept. 0008** **Palatine, IL 60055-0008** | | - | | | | X | 622.57 |
| Account No. | | | | | | | |
| **Menards** **c/o Conseco Finance** **Dept. 0008** **Palatine, IL 60055-0008** | | - | | | | | 622.57 |
| Account No. | | | | | | | |
| **Meteorlogix** **P.O. Box 3546** **Omaha, NE 68103** | | - | | | | X | 225.00 |

| | | |
|---|---|---|
| Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,462.89 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                      Case No. _____

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mid American Water of Waucond, Inc. 370 West Liberty Unit 1 Wauconda, IL 60084 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Midwest Operating Engineers 6150 Joliet Road Countryside, IL 60525-3994 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Neri Development 7760 West Devon Chicago, IL 60631 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Nextel P.O. Box 641954 Pittsburg, PA | | - | | | | X | 5,666.28 |
| Account No. | | | | | | | |
| Nextel P.O. Box 641954 Pittsburg, PA | | - | | | | | 5,666.28 |

Sheet no. __17__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        11,332.56

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                    Case No. _____

_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nicolet Natural Water<br>P.O. Box 552<br>Dundee, IL 60018 | | - | | | | X | 10.95 |
| Account No. | | | | | | | |
| Northern Illinois Mark<br>22570 W. Highway #60<br>Grays Lake, IL 60030 | | - | | | | | 2,160.13 |
| Account No. | | | | | | | |
| Northern Towing<br>22576 Highway<br>Suite 60<br>Grayslake, IL 60030 | | - | | | | X | 525.00 |
| Account No. | | | | | | | |
| Olympus Tire<br>8255 E. Virginia Road<br>Lake of the Hills, IL 60102 | | - | | | | X | 689.41 |
| Account No. | | | | | | | |
| Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60436 | | - | | | | X | 290.67 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **3,676.16**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                    Case No. _____

                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Osco, Inc.<br>P.O. Box 70<br>Lemont, IL 60436 | - | | | | | | 290.67 |
| Account No. | | | | | | | |
| Palatine Oil<br>P.O. Box 985<br>Palatine, IL 60078 | - | | | | | X | 140,971.44 |
| Account No. | | | | | | | |
| Parkway Bank & Trust<br>4800 N. Harlem<br>Harwood Heights, IL 60656 | - | | | | | X | 1,598,486.58 |
| Account No. | | | | | | | |
| Partsmaster<br>P.O. Box 655326<br>Dallas, TX 75265 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| Patten Industries<br>635 W. Lake Street<br>Elmhurst, IL 60026 | - | | | | | X | 106,778.78 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,846,527.47

In re  **Ronald W. Laverdure** _____  Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Performance Diesal 1692 S. Eastwood Drive Woodstock, IL 60098 | | - | | | | X | 10,470.00 |
| Account No. | | | | | | | |
| Phesant Run 19414 60th Street Bristol, WI 53104 | | - | | | | X | 16,087.66 |
| Account No. | | | | | | | |
| Pioneer Press 3701 West Lake Avenue Glenview, IL 60025 | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| Pitek O'Hare 601 Busse Highway #C Elk Grove Village, IL 60007 | | - | | | | X | 891.30 |
| Account No. | | | | | | | |
| Plote Construction 1100 Brandt Drive Elgin, IL | | - | | | | X | 177.29 |

Sheet no.  __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      27,626.25

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                           Case No. _____

_____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Potsie's 2320 North Ringwood Drive McHenry, IL 60050 | | - | | | | | 770.00 |
| Account No. | | | | | | | |
| Prairie Materials 7601 West 79th St. Bridgeview, IL 60455 | | - | | | | X | 6,500.00 |
| Account No. | | | | | | | |
| PureWater System 4 Hillview Drive #A Barrington, IL 60010 | | - | | | | | 201.00 |
| Account No. | | | | | | | |
| Putzmeister 1733 90th Street Sturtevant, WI 53117 | | - | | | | | 12,806.15 |
| Account No. | | | | | | | |
| R A Adams 2600 West Route #120 McHenry, IL 60050 | | - | | | | | 15,380.15 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **35,657.30**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Ronald W. Laverdure**
_____   Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| R G Smith 2700 S. Mt. Prospect Road Des Plaines, IL 60018 | | - | | | | | 9,118.23 |
| Account No. | | | | | | | |
| Rainbow Glass 31 Monaco Road Roselle, IL 60172 | | - | | | | | 2,060.92 |
| Account No. | | | | | | | |
| Reliable Ashphalt 3741 S. Pulaski Road Chicago, IL 60623 | | - | | | | | 167.00 |
| Account No. | | | | | | | |
| Reliant American Insurance 777 Main Street #900 Ft. Worth, TX 76102 | | - | | | | | 1,000.00 |
| Account No. | | | | | | | |
| RKD Construction 11633 W. Grand Avenue Northlake, IL 60164 | | - | | | | | 203.80 |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **12,549.95**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Ronald W. Laverdure**                    Case No. _____

                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Rocky Mountain Bank**<br>**P.O. Box 15019**<br>**St. Louis, MO 63179** | | - | | | | | 1,122.45 |
| **Account No.**<br><br>**Runnion Equipment Company**<br>**7950 W. 47th Street**<br>**Lyons, IL 60534** | | - | | | | X | Unknown |
| **Account No.**<br><br>**Sears Premier Card**<br>**Payment Center 182149**<br>**Columbus, OH 43218** | | - | | | | | 3,679.50 |
| **Account No.**<br><br>**Service Truck International**<br>**877 1st Avenue NW**<br>**Sionx Center, IA 51250** | | - | | | | | 158.68 |
| **Account No.**<br><br>**Source One**<br>**380 Production Drive**<br>**South Elgin, IL 60177** | | - | | | | | 0.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      4,960.63

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Ronald W. Laverdure**                                   Case No. _____

_____,
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Spruce Lake**<br>**5423 Bill Vallet Road**<br>**#330**<br>**McHenry, IL 60050** | - | | | | | | 1,776.21 |
| Account No. | | | | | | | |
| **Standard Equipment**<br>**2033 W. Walnut**<br>**Chicago, IL 60612** | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| **Stans Lumber**<br>**P.O. Box 40**<br>**Twin Lakes, WI 53181** | - | | | | | | 1,591.12 |
| Account No. | | | | | | | |
| **Star Crystal Comm**<br>**395 Butternut Trial**<br>**Frankfort, IL 60423** | - | | | | | | 3,450.75 |
| Account No. | | | | | | | |
| **Stassen Insurance Agency, Inc.**<br>**P.O. Box 1600**<br>**Woodstock, IL 60098-1600** | - | | | | | X | 0.00 |

Sheet no. __24__ of __28__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,818.08

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Ronald W. Laverdure**       Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Sterling Services 1150 Ensell Road Lake Zurich, IL 60047 | | - | | | | | | 361.27 |
| Account No. | | | | | | | | |
| T G Graphics 398-C West Liberty Street Wauconda, IL 60084 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Thilman & Filippini LLC One East Wacker Drive Suite 1800 Chicago, IL 60601-1802 | | - | | | | | X | 19,121.00 |
| Account No. | | | | | | | | |
| Town & Country Landscape Supply P.O. Box 2150-W Bedford Park, IL 60499-2150 | | - | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Trugreen Chemlawn P.O. Box 189 Dundee, IL 60118 | | - | | | | | X | 0.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      19,482.27

In re   **Ronald W. Laverdure**  _____,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **United Concrete (McHenry)** **2121 S. River Drive** **McHenry, IL 60050** | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| **United Concrete (Waukegan)** **3920 W. Hawthorne Court** **Waukegan, IL 60087** | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| **Universal Hydrolic** **342 Crossen Avenue** **Elk Grove Village, IL 60007** | | - | | | | | 1,186.40 |
| Account No. | | | | | | | |
| **Vanner, Inc.** **4282 Reynolds Drive** **Hilliard, OH 43026** | | - | | | | X | 0.00 |
| Account No. | | | | | | | |
| **Verizon** **P.O. Box 293450** **Lewisville, TX 75029** | | - | | | | | 0.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,186.40**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     Ronald W. Laverdure                                                Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Verizon Wireless**<br>**P.O.Box 52249**<br>**Phoenix, AZ 85072** | | - | | | | | **2,038.41** |
| **Account No.**<br><br>**Village of Niles**<br>**1000 Civic Center Drive**<br>**Niles, IL 60714** | | - | | | | X | **0.00** |
| **Account No.**<br><br>**Vogue Tyre**<br>**1101 Freehonville Drive**<br>**Mt. Prospect, IL 60056** | | - | | | | X | **752.34** |
| **Account No.**<br><br>**Vulcan Materials Company**<br>**75 Remittance Drive**<br>**Suite 3155**<br>**Chicago, IL 60675** | | - | | | | X | **4,269.22** |
| **Account No.**<br><br>**Vulcan Materials Company**<br>**75 Remittance Drive**<br>**Suite 3155**<br>**Chicago, IL 60675** | | - | | | | | **4,269.22** |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,329.19

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Ronald W. Laverdure**                                          Case No. _____

                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Waste Management 22333 6 Highway Suite 173 Antioch, IL 60013 | | - | | | | | 320.94 |
| Account No. | | | | | | | |
| Waukegan Colors Supply, Inc. 307 S. Greenbay Road Waukegan, IL 60085 | | - | | | | X | 10,339.97 |
| Account No. | | | | | | | |
| Whitey's Towing 520 Cary - Algonquin Road Cary, IL 60013 | | - | | | | X | 500.00 |
| Account No. | | | | | | | |
| Wynstone 133 N. Wynstone Drive North Barrington, IL 60010 | | - | | | | X | 4,100.00 |
| Account No. | | | | | | | |
| Wynstone Golf Club One Wynstone Drive N. Barrington, IL 60010 | | - | | | | X | 8,200.00 |

Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 23,460.91 |
| Total (Report on Summary of Schedules) | | 5,270,093.94 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy