## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: LAVERDURE, RONALD W                 §   Case No. 05-08111
                                           §
                                           §
Debtor(s)                                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 08, 2005.  The undersigned trustee was appointed on March 08, 2005.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of           $_____9,006.56

        Funds were disbursed in the following amounts:

| Payments made under an interim distribution | 0.00 |
|---|---|
| Administrative expenses | 16.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $_____8,990.38 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6.  The deadline for filing  non-governmental claims in this case was  / /
and the deadline for filing governmental claims was 09/04/2005.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$1,650.65.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $1,650.65, for a total compensation of $1,650.65. [2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of  $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 05/11/2011            By:/s/ILENE F. GOLDSTEIN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 05-08111 | Trustee:   (330290)   ILENE F. GOLDSTEIN |
| Case Name:   LAVERDURE, RONALD W | Filed (f) or Converted (c):   03/08/05 (f) |
| | §341(a) Meeting Date:   04/04/05 |
| Period Ending: 05/11/11 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2   BANK ACCOUNTS | 600.00 | 0.00 | | 0.00 | FA |
| 3   HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 600.00 | | 0.00 | FA |
| 4   WEARING APPAREL AND JEWELRY | 1,500.00 | 500.00 | | 0.00 | FA |
| 5   WATCHES | 500.00 | 500.00 | | 0.00 | FA |
| 6   FIREARMS AND HOBBY EQUIPMENT | 200.00 | 200.00 | | 0.00 | FA |
| 7   STOCK AND BUSINESS INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 8   POTENTIAL CLAIM  (WRONGFUL DEATH SUIT) | Unknown | Unknown | | 0.00 | FA |
| 9   AUTOMOBILES AND OTHER VEHICLES:' 02&'00 MERCEDES | 45,000.00 | 0.00 | | 0.00 | FA |
| 11   CEMETERY BURIAL CRYPT, ARLINGTON HEIGHTS, IL | Unknown | Unknown | | 0.00 | FA |
| 12   TRUSTEE AVOIDING POWER  (u) | Unknown | Unknown | | 9,000.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 6.56 | Unknown |
| 12   Assets   Totals (Excluding unknown values) | $49,800.00 | $1,800.00 | | $9,006.56 | $0.00 |

Major Activities Affecting Case Closing:

STATUS:  TRUSTEE HAD FILED A COMPLAINT TO REVOKE DISCHARGE . THAT CASE WENT TO TRIAL AND THE COURT RULED IN THE TRUSTEES FAVOR AND HAS REVOKED THE DISCHARGE.  THE TRUSTEE  RESOLVED OR DISMISSED HER REMAINING COMPLAINTS.  THIS CASE IS ADMINISTRATIVELY INSOLVENT AND THE TRUSTEE WILL FILE A FINAL REPORT ASKING THAT OTHER THAN A MODEST TRUSTEE FEE THAT ALL OF THE FUNDS BE DISBURSED TO SPECIAL COUNSEL.  BOTH SPECIAL COUNSEL AND THE TRUSTEE WILL BE WRITING OFF CLOSE TO $200,000 IN ATTORNEYS FEES.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 31, 2007 | Current Projected Date Of Final Report (TFR): | April 30, 2011  (Actual) |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-08111 |
| Case Name: | LAVERDURE, RONALD W |
| Taxpayer ID #: | **-***5294 |
| Period Ending: | 05/11/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****21-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/09 | {12} | Morrison and Morrison | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 2,000.00 | | 2,000.00 |
| 06/11/09 | {12} | Douglas Zeit | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 5,000.00 | | 7,000.00 |
| 06/11/09 | {12} | Doug Zeit | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 2,000.00 | | 9,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 9,000.19 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,000.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,000.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 9,001.29 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 9,001.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,002.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,002.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 9,002.74 |
| 02/19/10 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #05-08111 | 2300-000 | | 7.20 | 8,995.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 8,995.88 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 8,996.28 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.23 | | 8,996.51 |
| 04/20/10 | | Wire out to BNYM account 9200******2165 | Wire out to BNYM account 9200******2165 | 9999-000 | -8,996.51 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7.20 | 7.20 | $0.00 |
| Less: Bank Transfers | -8,996.51 | 0.00 | |
| Subtotal | 9,003.71 | 7.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $9,003.71 | $7.20 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-08111 | |
| Case Name: | LAVERDURE, RONALD W | |
| | | |
| Taxpayer ID #: | **-***5294 | |
| Period Ending: | 05/11/11 | |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****21-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******2165 | Wire in from JPMorgan Chase Bank, N.A. account *******2165 | 9999-000 | 8,996.51 | | 8,996.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 8,996.69 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.54 | | 8,997.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.52 | | 8,997.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,998.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,998.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,998.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,998.95 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.16 |
| 02/04/11 | 11002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #05-08111, Bond Premiums | 2300-000 | | 8.98 | 8,990.18 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,990.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.31 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.38 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,999.36 | 8.98 | $8,990.38 |
| Less: Bank Transfers | | 8,996.51 | 0.00 | |
| Subtotal | | 2.85 | 8.98 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $2.85 | $8.98 | |

| | |
|---|---|
| Net Receipts : | 9,006.56 |
| | ———————— |
| Net Estate : | $9,006.56 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 9,003.71 | 7.20 | 0.00 |
| MMA # 9200-*****21-65 | 2.85 | 8.98 | 8,990.38 |
| | $9,006.56 | $16.18 | $8,990.38 |

{} Asset reference(s)

Printed: 05/11/2011 01:53 PM    V.12.56

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-08111
Case Name: LAVERDURE, RONALD W
Trustee Name: ILENE F. GOLDSTEIN

| | **Balance on hand:** | $ | 8,990.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 8,990.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,650.65 | 0.00 | 1,650.65 |
| Attorney for Trustee, Expenses - Gould & Ratner,LLP | 16,712.58 | 0.00 | 6,929.93 |
| Attorney for Trustee Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 409.80 | 0.00 | 409.80 |

| | Total to be paid for chapter 7 administration expenses: | $ | 8,990.38 |
| | Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,244.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | R G Smith | 9,118.23 | 0.00 | 0.00 |
| 16P | Illinois Department of Revenue | 3,154.53 | 0.00 | 0.00 |
| 19P | Department of the Treasury-Internal Revenue Service | 13,582.07 | 0.00 | 0.00 |
| 20 | Department of the Treasury-Internal Revenue Service | 12,389.83 | 0.00 | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Total to be paid for priority claims:      $            0.00
Remaining balance:                         $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,922.05 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Travel Related Services Co., Inc. | 649.84 | 0.00 | 0.00 |
| 2 | American Express Travel Related Services Co., Inc. | 25,368.30 | 0.00 | 0.00 |
| 3 | Pioneer Press | 488.40 | 0.00 | 0.00 |
| 4 | T G Signs & Graphics | 4,245.00 | 0.00 | 0.00 |
| 7 | B&B Perm Seeding | 2,520.00 | 0.00 | 0.00 |
| 8 | John Sakash Co. | 4,248.33 | 0.00 | 0.00 |
| 9 | Rainbow Glass | 2,697.02 | 0.00 | 0.00 |
| 10 | Midwest Operating Engineers Welfare Fund | 6,651.99 | 0.00 | 0.00 |
| 11 | Midwest Operating Engineers Pension Trust Fund | 5,803.39 | 0.00 | 0.00 |
| 12 | Operating Engineers Local 150 Apprenticeship Fund | 709.57 | 0.00 | 0.00 |
| 13 | Local 150 I.U.O.E. Vacation Savings Plan | 2,311.50 | 0.00 | 0.00 |
| 14 | Midwest Operating Engineers Fringe Benefit Funds | 651.25 | 0.00 | 0.00 |
| 15 | Key Equipment Finance | 58,945.41 | 0.00 | 0.00 |
| 16U | Illinois Department of Revenue | 686.40 | 0.00 | 0.00 |
| 17 | R A Adams | 14,284.09 | 0.00 | 0.00 |
| 18 | Advocate Occupational Health | 150.00 | 0.00 | 0.00 |
| 19U | Department of the Treasury-Internal Revenue Service | 3,511.56 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:      $            0.00
Remaining balance:                                         $            0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**