**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:   LAVERDURE, RONALD W | § | Case No. 05-08111 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**Please note that the Debtor's discharge has been revoked pursuant to an order entered by the Bankruptcy Court.  This means that the debts against the Debtor were not discharged in this bankruptcy**.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 2:00 p.m. on July 15, 2011 in Courtroom B, Park City Branch Court 301 Greenleaf Avenue Park City, Illinois 60085.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/11/2011                    By:    /s/ Ilene F. Goldstein
                                                  Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LAVERDURE, RONALD W | § | Case No. 05-08111 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,006.56 |
| *and approved disbursements of* | $ 16.18 |
| *leaving a balance on hand of* [1] | $ 8,990.38 |
| **Balance on hand:** | $ 8,990.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,990.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,650.65 | 0.00 | 1,650.65 |
| Attorney for Trustee, Expenses - Gould & Ratner,LLP | 16,712.58 | 0.00 | 6,929.93 |
| Attorney for Trustee Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 409.80 | 0.00 | 409.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,990.38 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $            0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,244.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | R G Smith | 9,118.23 | 0.00 | 0.00 |
| 16P | Illinois Department of Revenue | 3,154.53 | 0.00 | 0.00 |
| 19P | Department of the Treasury-Internal Revenue Service | 13,582.07 | 0.00 | 0.00 |
| 20 | Department of the Treasury-Internal Revenue Service | 12,389.83 | 0.00 | 0.00 |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,922.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Travel Related Services Co., Inc. | 649.84 | 0.00 | 0.00 |
| 2 | American Express Travel Related Services Co., Inc. | 25,368.30 | 0.00 | 0.00 |
| 3 | Pioneer Press | 488.40 | 0.00 | 0.00 |
| 4 | T G Signs & Graphics | 4,245.00 | 0.00 | 0.00 |
| 7 | B&B Perm Seeding | 2,520.00 | 0.00 | 0.00 |
| 8 | John Sakash Co. | 4,248.33 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Midwest Operating Engineers Welfare Fund | 6,651.99 | 0.00 | 0.00 |
| 11 | Midwest Operating Engineers Pension Trust Fund | 5,803.39 | 0.00 | 0.00 |
| 12 | Operating Engineers Local 150 Apprenticeship Fund | 709.57 | 0.00 | 0.00 |
| 13 | Local 150 I.U.O.E. Vacation Savings Plan | 2,311.50 | 0.00 | 0.00 |
| 14 | Midwest Operating Engineers Fringe Benefit Funds | 651.25 | 0.00 | 0.00 |
| 15 | Key Equipment Finance | 58,945.41 | 0.00 | 0.00 |
| 16U | Illinois Department of Revenue | 686.40 | 0.00 | 0.00 |
| 17 | R A Adams | 14,284.09 | 0.00 | 0.00 |
| 18 | Advocate Occupational Health | 150.00 | 0.00 | 0.00 |
| 19U | Department of the Treasury-Internal Revenue Service | 3,511.56 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $            0.00
Remaining balance:                                        $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $            0.00
Remaining balance:                                        $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 05-08111-ABG
Ronald W Laverdure                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Jun 16, 2011
                              Form ID: pdf006              Total Noticed: 153

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2011.
```
db           +Ronald W Laverdure,   29693 North Route 12 Apt 1,    Wauconda, IL 60084-9748
aty          +Ariel Weissberg,   Weissberg & Associates, Ltd,    401 S. LaSalle Street,   Suite 403,
               Chicago, IL 60605-2993
aty          +Christopher J. Horvay,   Gould & Ratner,   222 N. LaSalle Street,   Suite 800,
               Chicago, IL 60601-1086
aty          +Ilene F Goldstein,   Ilene F Goldstein Chartered,   850 Central Avenue,   Suite 200,
               Highland Park, IL 60035-3278
aty          +Mark E Leipold,   Gould & Ratner,   222 N LaSalle Street,   Chicago, IL 60601-1086
aty          +Mark E. Leipold,   Gould & Ratner,   222 N. LaSalle Street,   Suite 800,   Chicago, IL 60601-1086
tr           +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
9017274      +A& A Freight,   P.O. Box 6026,   Rockford, IL 61125-1026
9017275      +ABT Electronics,   9000 N. Waukegan Road,   Morton Grove, IL 60053-2127
9017276      +ACPA,   676 Enterprise Drive #B,   Lewis Center, OH 43035-8386
9017282       AGS Rebuilders,   8817-B Route #31,   Cary, IL 60013
9017277      +Advanced Audio/Cellular,   Route #176,   Wauconda, IL 60084
9017278      +Advanta,   1020 Laurel Oak Road,   Voorhees, NJ 08043-3518
9017279      +Advocate Health,   205 W. Touhy,   Suite 104,   Park Ridge, IL 60068-4218
9017280      +Advocate Occupational Health,   205 W. Touhy,   Suite 104,   Park Ridge, IL 60068-4218
9017283      +Alliance Waste Services,   630 S. Hicks,   Palatine, IL 60067-6944
9017284      +American Concrete Pumping Association,   676 Enterprise Drive,   Suite B,
               Lewis Center, OH 43035-8386
9017285       American Express,   Suite 0001,   Chicago, IL 60679-0001
9628252       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
9017286      +American Gases,   3949 Grove Avenue,   Gurnee, IL 60031-2118
9017287      +Antioch Tire,   P.O. Box 5948,   Carol Stream, IL 60197-5948
9017288      +Aquatic Affects,   P.O. Box 6291,   Buffalo Grove, IL 60089-6291
9017290       AutoClutch/All Brake,   551 Ogden,   Cicero, IL 60804
9017291       B&B Perm Seeding,   21402 West Highway,   Route 60,   Mudelein, IL 60060
9017292      +B.B.S. L.L.C.,   c/o Robbins Salomon & Patt,   25 E. Washington,   Chicago, IL 60602-1708
9017293      +Berger Excavating Contractors, Inc.,   1003 Washington,   Wauconda, IL 60084-1357
9017294       Beverly Materials,   1100 Brandt Drive,   Elgin, IL 60120
9017300      +CCS West,   11902 North Street,   Huntley, IL 60142-9603
9017295      +Camm Septic,   P.O. Box 874,   Wauconda, IL 60084-0874
9017296       Campion, Curran, Rausch, Gummerson,   & Dunlop, P.C.,   8600 Route 14,   Suite 201,
               Crystal Lake, IL 60012
9017297      +Carquest,   319 North Rand Road,   Wauconda, IL 60084-2833
9017298      +Cassidy Tre,   710 E. Northwest Highway,   Arlington Heights, IL 60004-6232
9017299      +Caterpillar Financial,   100 NE Adams Street,   Peoria, IL 61629-0002
9017301       Central Leasing Mgmt., 1,   1420 Kensington Road,   Suite 209,   Oak Brook, IL 60523-2165
9017302      +Cingular 1 Cell One,   P.O. Box 806055,   Chicago, IL 60680-4121
9017303      +Clear Channel #34090,   3850 E. Camelback Road,   Suite 300,   Phoenix, AZ 85018
9017304       ComEd,   Bill Payment Center,   Barrington, IL
9017305      +Curtis Ind.,   P.O. Box,   Cleveland, OH 44190-0001
9017307      +DIK Graphics,   616 Livingston Street,   McHenry, IL 60050-7137
9017306       Diamond Blade,   P.O. Box 86270,   Chicago, IL 60680
9017308      +Dish Network,   Dept. 0063,   Palatine, IL 60055-0001
9017309      +Durabilt Fence, L.L.C.,   c/o Activity Collection Service,   664 Milwaukee Avenue,
               Prospect Heights, IL 60070-2300
9017312      +ESP 2 Way Radio,   9126 Ogden Avenue,   Brookfield, IL 60513-1943
9017310      +East Penn Broadview,   2427 Broga Drive,   Broadview, IL 60155-3941
9017311      +Erbacci & Cerone,   770 Lee Street,   Suite 201,   Des Plaines, IL 60016-6467
9017313       Expancts,   P.O. Box 28039,   Pittsburg, PA 15236
9017315       FCC Equipment Financing,   P.O. Box 56347,   Jacksonville, FL 32241-6347
9017314      +Faulkner Distributing Co.,   P.O. Box 506,   Mundelein, IL 60060-0506
9017316       Federal Express,   P.O. Box 1140,   Memphis, TN 38101
9017317      +Federal Motor Carriers,   19900 Governors Drive,   Suite 210,   Olympic Fields, IL 60461-1059
9017318      +First Priority,   P.O. Box 10426,   DesMoines, IA 50306-0426
9017319       Ford Credit ACA 412 5G51,   P.O. Box 219686 TL,   Kansas City, MO 64121-9686
9017320      +G K Services,   5611 11th Street,   Rockford, IL 61109-3654
9017321       Good Shepard Hospital,   Route #22,   Barrington, IL 60010
9017322      +Great Lakes Equipment,   P.O. Box 1331,   Elmhurst, IL 60126-8331
9017323      +H & E Sod,   3900 W. 167th Street,   Markham, IL 60428-5307
9017325      +Harts Tractor,   249 W. Lake Street,   Elmhurst, IL 60126-1506
9017326      +Hinckley Springs,   P.O. Box 1888,   Bedford Park, IL 60499-1888
9017328      +Howell Tractor,   135 S. LaSalle Street,   Dept. 4033,   Chicago, IL 60674-0001
9017329      +Hoyer Warner,   785 Fairway Drive,   Bensenville, IL 60106-1310
10408908     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
               100 W. Randolph St., Suite 7-400,   Chicago, IL  60601)
```

```
District/off: 0752-1           User: dwilliams             Page 2 of 3             Date Rcvd: Jun 16, 2011
                               Form ID: pdf006             Total Noticed: 153


9017335       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9017330        +Illinois Audio Products,   3906 Turner Avenue,   Plano, IL 60545-9727
9017331         Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
9017332        +Impact Network,   953 Northpoint Blvd.,   Waukegan, IL 60085-8214
9017333        +Industrial Door Company,   2351 Brickvale Drive,   Elk Grove Village, IL 60007-6808
9017334        +Infotel Publications,   33 Elm Street,   Merrimack, NH 03054-6400
9017336        +Irwin D. Rozner, Esq.,   Northwest Law Center,   2093 Rand Road,   Des Plaines, IL 60016-4727
9017337        +J. Pease,   4501 Route 12,   Richmond, IL 60071-9745
9017344        +JX Enterprises,   P.O. Box 1166,   Waukesha, WI 53187-1166
9017339        +Jet Permits,   5555 108th Street,   Hales Corners, WI 53130-1945
9017340        +John Sakash Co.,   700 W. Walnut Street,   Elmhurst, IL 60126-1517
9017341        +Johnathan's Landing,   3238 Causeway Island Road,   Jupiter, FL 33477-1301
9017342        +Johnson & Rountree,   P.O. Box 2625,   Del Mar, CA 92014-5625
9017343         Juno Ocean Walk,   4300 U.S. Highway,   Suite 2,   Jupiter, FL 33477
9017346        +Kanzler Landscaping,   P.O. Box 626,   Wauconda, IL 60084-0626
9017347         Katherine Laverdure,   29693 N. Highway #12,   Wauconda, IL 60084
9017348        +Keen Edge,   8615 Ogden Avenue,   Lyons, IL 60534-1096
9017349        +Ketone Automotive, Inc.,   2535 South 25th Avenue,   Broadview, IL 60155-3856
9017350         Key Equipment Finance,   A Division of KCCI,   PO Box 1865,   Albany, NY 12201-1865
9017351        +Keystone Automotive, Inc.,   2535 South 25th Avenue,   Broadview, IL 60155-3856
9648529        +Laborers' Pension and Welfare Funds,   c/o Marc M. Pekay PC,   30 N. LaSalle Ste 2426,
                Chicago, IL 60602-2504
9017352        +Laundry Concepts,   730 Berginal,   Bensenville, IL 60106-1265
9954959         Local 150 I.U.O.E. Vacation Savings Plan,   c/o Beverly P. Alfon,
                200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
9017353        +Loftus & Loftus,   646 Husse Highway,   Park Ridge, IL 60068
9017355         MBNA,   PO Box 15019,   Wilmington, DE 19886-5137
9017354        +Mary Shirelle,   All State Insurance Company,   P.O. Box 4264,   Atlanta, GA 30302-4264
9017356        +McAllister,   12500 S. Cicero,   Alsip, IL 60803-2994
9017357         Menards,   c/o Conseco Finance,   Dept. 0008,   Palatine, IL 60055-0008
9017359        +Meteorlogix,   P.O. Box 3546,   Omaha, NE 68103-0546
9017360        +Mid American Water of Waucond, Inc.,   370 West Liberty,   Unit 1,   Wauconda, IL 60084-2443
9017361         Midwest Operating Engineers,   6150 Joliet Road,   Countryside, IL 60525-3994
9954960         Midwest Operating Engineers Fringe Benefit Funds,   c/o Beverly P. Alfon,
                200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
9954957         Midwest Operating Engineers Pension Trust Fund,   c/o Beverly P. Alfon,
                200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
9954956         Midwest Operating Engineers Welfare Fund,   c/o Beverly P. Alfon,
                200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
9017362        +Neri Development,   7760 West Devon,   Chicago, IL 60631-1551
9017363        +Nextel,   P.O. Box 641954,   Pittsburg, PA 15264-1954
9017365        +Nicolet Natural Water,   P.O. Box 552,   Dundee, IL 60118-0552
9017366         Northern Illinois Mark,   22570 W. Highway #60,   Grays Lake, IL 60030
9017367         Northern Towing,   22576 Highway,   Suite 60,   Grayslake, IL 60030
9017368        +Olympus Tire,   8255 E. Virginia Road,   Lake of the Hills, IL 60156-9602
9954958         Operating Engineers Local 150 Apprenticeship Fund,   c/o Beverly P. Alfon,
                200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
9017369        +Osco, Inc.,   P.O. Box 70,   Lemont, IL 60439-0070
9017371        +Palatine Oil,   P.O. Box 985,   Palatine, IL 60078-0985
9017372        +Parkway Bank & Trust,   4800 N. Harlem,   Harwood Heights, IL 60706-3577
9017374        +Partsmaster,   P.O. Box 655326,   Dallas, TX 75265-5326
9017375         Patricia Laverdure,   c/o Katherine Laverdure,   29693 N. Highway #12,   Wauconda, IL 60084
9017376        +Patten Industries,   635 W. Lake Street,   Elmhurst, IL 60126-1465
9017377        +Performance Diesal,   1692 S. Eastwood Drive,   Woodstock, IL 60098-4655
9017378        +Phesant Run,   19414 60th Street,   Bristol, WI 53104-9113
9017379        +Pioneer Press,   3701 West Lake Avenue,   Glenview, IL 60026-1277
9017380        +Pitek O'Hare,   601 Busse Highway,   #C,   Elk Grove Village, IL 60007-2130
9017381         Plote Construction,   1100 Brandt Drive,   Elgin, IL
9017382        +Potsie's,   2320 North Ringwood Drive,   McHenry, IL 60050-1333
9017383        +Prairie Materials,   7601 West 79th St.,   Bridgeview, IL 60455-1115
9017384        +PureWater System,   4 Hillview Drive #A,   Barrington, IL 60010-5994
9017385        +Putzmeister,   1733 90th Street,   Sturtevant, WI 53177-1805
9017386         R A Adams,   2600 West Route #120,   McHenry, IL 60050
9017387        +R G Smith,   622 E. NW HWY,   Des Plaines, IL 60016-3059
9017391        +RKD Construction,   11633 W. Grand Avenue,   Northlake, IL 60164-1302
9017388        +Rainbow Glass,   31 Monaco Road,   Roselle, IL 60172-1977
9017389        +Reliable Ashphalt,   3741 S. Pulaski Road,   Chicago, IL 60623-4927
9017390        +Reliant American Insurance,   777 Main Street,   #900,   Ft. Worth, TX 76102-5313
9017392        +Rocky Mountain Bank,   P.O. Box 15019,   St. Louis, MO 63110-0019
9017393        +Runnion Equipment Company,   7950 W. 47th Street,   Lyons, IL 60534-1898
9017394         Sears Premier Card,   Payment Center 182149,   Columbus, OH 43218
9017395        +Service Truck International,   877 1st Avenue NW,   Sionx Center, IA 51250-2036
9017396        +Source One,   380 Production Drive,   South Elgin, IL 60177-2637
9017397        +Spruce Lake,   5423 Bill Vallet Road,   #330,   McHenry, IL 60050-7410
9017398        +Standard Equipment,   2033 W. Walnut,   Chicago, IL 60612-2317
9017399        +Stans Lumber,   P.O. Box 40,   Twin Lakes, WI 53181-0040
9017400        +Star Crystal Comm,   395 Butternut Trial,   Frankfort, IL 60423-1091
```

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                   Date Rcvd: Jun 16, 2011
                               Form ID: pdf006              Total Noticed: 153

9017401         Stassen Insurance Agency, Inc.,    P.O. Box 1600,   Woodstock, IL 60098-1600
9017402        +Sterling Services,    1150 Ensell Road,    Lake Zurich, IL 60047-1539
9017403        +T G  Signs & Graphics,    398-B West Liberty Street,    Wauconda, IL 60084-3463
9017405        +Town & Country Landscape Supply,    P.O. Box 2150-W,    Bedford Park, IL 60499
9017406        +Trugreen Chemlawn,    P.O. Box 189,    Dundee, IL 60118-0189
9017407        +United Concrete (McHenry),    2121 S. River Drive,    McHenry, IL 60051-9262
9017410        +Vanner, Inc.,    4282 Reynolds Drive,    Hilliard, OH 43026-1260
9017413        +Village of Niles,    1000 Civic Center Drive,    Niles, IL 60714-3228
9017414        +Vogue Tyre,    1101 Freehonville Drive,    Mt. Prospect, IL 60056-6008
9017415        +Vulcan Materials Company,    75 Remittance Drive,    Suite 3155,    Chicago, IL 60675-3155
9017417        +Waste Management,    22333 6 Highway,    Suite 173,    Antioch, IL 60002
9017418        +Waukegan Colors Supply, Inc.,    307 S. Greenbay Road,    Waukegan, IL 60085-4888
9017419        +Whitey’s Towing,    520 Cary - Algonquin Road,    Cary, IL 60013-2060
9017420        +Wynstone,    133 N. Wynstone Drive,    North Barrington, IL 60010-6949
9017421        +Wynstone Golf Club,    One Wynstone Drive,    N. Barrington, IL 60010-6934
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9017281        +E-mail/PDF: recoverybankruptcy@afninet.com Jun 17 2011 00:02:25      AFNI,    404 Brock Drive,
                 Bloomington, IL 61701-2654
9017289        +E-mail/Text: skuhlmann@atlaslift.com Jun 16 2011 22:57:14      Atlas Bobcat,    5050 N. River Road,
                 Schiller Park, IL 60176-1021
9017327        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:51      Home Depot,    P.O. Box 4534,
                 Dept. 24,   Carol Stream, IL 60197-4534
9017338        +E-mail/Text: bkrptnotices@jjkeller.com Jun 16 2011 22:57:25      J.J. Keller & Associates,
                 3003 Breezewood Lane,    P.O. Box 548,    Neenah, WI 54957-0548
9017411        +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 17 2011 00:02:27      Verizon,
                 P.O. Box 293450,    Lewisville, TX 75029-3450
9017412        +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 17 2011 00:02:26      Verizon Wireless,
                 P.O.Box 52249,   Phoenix, AZ 85072-2249
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9017324*       +H & E Sod,    3900 W. 167th Street,    Markham, IL 60428-5307
9017358*        Menards,    c/o Conseco Finance,    Dept. 0008,    Palatine, IL 60055-0008
9017364*       +Nextel,    P.O. Box 641954,    Pittsburg, PA 15264-1954
9017370*       +Osco, Inc.,    P.O. Box 70,    Lemont, IL 60439-0070
9017373*       +Parkway Bank & Trust,    4800 N. Harlem,    Harwood Heights, IL 60706-3577
9017416*       +Vulcan Materials Company,    75 Remittance Drive,    Suite 3155,    Chicago, IL 60675-3155
9017345        ##+K Construction,    29693 North Highway 12,    Wauconda, IL 60084-9748
9017404        ##+Thilman & Filippini LLC,    One East Wacker Drive,    Suite 1800,    Chicago, IL 60601-1902
9017408        ##+United Concrete (Waukegan),    3920 W. Hawthorne Court,    Waukegan, IL 60087-3263
9017409        ##+Universal Hydrolic,    342 Crossen Avenue,    Elk Grove Village, IL 60007-2002
                                                                                              TOTALS: 0, * 6, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**                    **Signature:**    _Joseph Speetjens_