**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: GREB, RICHARD H | § | Case No. 10-03304 |
| GREB, SUZETTE | § | |
| | § | |
| Debtor(s) SMUGGLERS, AH DBA | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt: $35,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,452.87       Claims Discharged
                                                 Without Payment: $92,778.19

Total Expenses of Administration: $5,454.95

---

    3) Total gross receipts of $ 12,907.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,000.00 (see **Exhibit 2**), yielded net receipts of $10,907.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,452.87 | $5,452.87 | $5,452.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,638.20 | 6,638.20 | 5,454.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 26,976.40 | 26,976.40 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 65,801.79 | 65,801.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $104,869.26 | $104,869.26 | $10,907.82 |

4) This case was originally filed under Chapter 7 on January 28, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011     By: /s/ILENE F. GOLDSTEIN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 12,904.02 |
| Interest Income | 1270-000 | 3.80 |
| **TOTAL GROSS RECEIPTS** | | **$12,907.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard and Suzette Greb | EXEMPTIONS OF THE DEBTOR | 8100-002 | 2,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank N.A. | 4210-000 | N/A | 5,452.87 | 5,452.87 | 5,452.87 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,452.87** | **$5,452.87** | **$5,452.87** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,840.77 | 1,840.77 | 1,840.77 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 4,200.00 | 4,200.00 | 3,016.75 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 80.00 | 80.00 | 80.00 |
| PBG | 3410-000 | N/A | 512.00 | 512.00 | 512.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 5.43 | 5.43 | 5.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,638.20 | 6,638.20 | 5,454.95 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 5800-000 | N/A | 5,304.45 | 5,304.45 | 0.00 |
| 8P | Internal Revenue Service | 5800-000 | N/A | 21,671.95 | 21,671.95 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 26,976.40 | 26,976.40 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kass Management Services, Inc. | 7100-000 | N/A | 31,671.35 | 31,671.35 | 0.00 |
| 2 | American Infosource Lp As Agent for | 7100-000 | N/A | 13,688.44 | 13,688.44 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 1,168.88 | 1,168.88 | 0.00 |
| 4 | Clipper Magazine | 7100-000 | N/A | 99.00 | 99.00 | 0.00 |
| 5 | Garrity Square Dental | 7100-000 | N/A | 2,649.75 | 2,649.75 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,229.72 | 8,229.72 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 6,139.34 | 6,139.34 | 0.00 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 2,155.31 | 2,155.31 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 65,801.79 | 65,801.79 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**Form 1**

Page: 1

# Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-03304  
Case Name: GREB, RICHARD H  
                GREB, SUZETTE  
Period Ending: 09/01/11

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 01/28/10 (f)  
§341(a) Meeting Date: 03/05/10  
Claims Bar Date: 09/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 389,000.00 | 9,000.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 250.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>    The Debtor failed to disclose a secured claim on all of the business assets of the store they operatyed. The Trustee has already secured the assets and the cash and thought this Estate would yield a distribution. However, instead the Trustee negotiated a tri party agreement with the Secured Creditor, the Debtors on the claim for exemptions and the Estate. The remaining funds were insufficient to fund a distribution let alone pay the administative expenses. Therefore, the Estate is administatively insolvent. (See Footnote) | 13,611.28 | 5,651.28 | | 12,904.02 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 100.00 | 100.00 | | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS | 100.00 | 100.00 | | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS | 300.00 | 300.00 | | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS | 200.00 | 200.00 | | 0.00 | FA |
| 9 | FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL AND JEWELRY | 550.00 | 0.00 | | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 13 | ACCOUNTS RECEIVABLE | Unknown | Unknown | | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 3,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.80 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $408,161.28 | $16,351.28 | | $12,907.82 | $0.00 |

RE PROP# 3    The Debtor failed to disclose a secured claim on all of the business assets of the store they operatyed. The Trustee has already secured the assets and the cash and thought this Estate would yield a distribution. However, instead the Trustee negotiated a tri party agreement with the Secured Creditor, the Debtors on the claim for exemptions and the Estate. The remaining funds were insufficient to fund a distribution let alone pay the administative expenses. Therefore, the Estate is administatively insolvent.

Printed: 09/01/2011 01:43 PM    V.12.57

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-03304
Case Name: GREB, RICHARD H
GREB, SUZETTE
Period Ending: 09/01/11

Trustee: (330290) ILENE F. GOLDSTEIN
Filed (f) or Converted (c): 01/28/10 (f)
§341(a) Meeting Date: 03/05/10
Claims Bar Date: 09/07/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

  STATUS:  THE TRUSTEE NEGOTIATED A TRI-PARTE AGREEMENT BETWEEN THE LENDER, THE TRUSTEE AND THE DEBTOR.  IT LEFT A SMALL AMOUNT OF MONEY IN THE ESTATE.  THE TRUSTEE IS FILING TAX RETURNS, LOOKING AT CLAIMS AND CLOSING THE ESTATE.

Initial Projected Date Of Final Report (TFR):     November 30, 2011        Current Projected Date Of Final Report (TFR):     November 30, 2011

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-03304 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GREB, RICHARD H | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GREB, SUZETTE | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | **-***3445 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/10 | {3} | J Spitzer | Bank Account | 1129-000 | 50.23 | | 50.23 |
| 03/10/10 | {3} | TCF Bank | Bank Account | 1129-000 | 12,853.79 | | 12,904.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 12,904.38 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 12,904.71 |
| 04/20/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -12,904.71 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -12,904.71 | 0.00 | |
| | **Subtotal** | **12,904.71** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$12,904.71** | **$0.00** | |

{} Asset reference(s)

Printed: 09/01/2011 01:43 PM  V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-03304
Case Name: GREB, RICHARD H
         GREB, SUZETTE
Taxpayer ID #: **-***3445
Period Ending: 09/01/11

Trustee: ILENE F. GOLDSTEIN (330290)
Bank Name: The Bank of New York Mellon
Account: 9200-******72-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 12,904.71 | | 12,904.71 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 12,904.98 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 12,905.74 |
| 06/23/10 | 11001 | Richard and Suzette Greb | EXEMPTIONS OF THE DEBTOR | 8100-002 | | 2,000.00 | 10,905.74 |
| 06/23/10 | 11002 | First Midwest Bank N.A. | PAYMENT ON SECURED CLAIM | 4210-000 | | 5,452.87 | 5,452.87 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.75 | | 5,453.62 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.64 | | 5,454.26 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,454.58 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,454.62 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,454.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,454.70 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,454.74 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,454.78 |
| 02/04/11 | 11003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-03304, Bond Premium<br>Voided on 02/04/11 | 2300-000 | | ! 14.37 | 5,440.41 |
| 02/04/11 | 11003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-03304, Bond Premium<br>Voided: check issued on 02/04/11 | 2300-000 | | ! -14.37 | 5,454.78 |
| 02/04/11 | 11004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-03304, Bond Premiums | 2300-000 | | 5.43 | 5,449.35 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,449.39 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,449.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,449.47 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,449.51 |
| 06/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 5,449.52 |
| 06/13/11 | | To Account #9200******7266 | Transfer of Funds for Final Distribution | 9999-000 | | 5,449.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,907.82 | 12,907.82 | $0.00 |
| | | | Less: Bank Transfers | | 12,904.71 | 5,449.52 | |
| | | | Subtotal | | 3.11 | 7,458.30 | |
| | | | Less: Payments to Debtors | | | 2,000.00 | |
| | | | NET Receipts / Disbursements | | $3.11 | $5,458.30 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/01/2011 01:43 PM    V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 10-03304  
Case Name: GREB, RICHARD H  
GREB, SUZETTE  
Taxpayer ID #: **-***3445  
Period Ending: 09/01/11  

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******72-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | | From Account #9200******7265 | Transfer of Funds for Final Distribution | 9999-000 | 5,449.52 | | 5,449.52 |
| 06/24/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,840.77, Trustee Compensation; Reference: | 2100-000 | | 1,840.77 | 3,608.75 |
| 06/24/11 | 102 | PBG | Dividend paid 100.00% on $512.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 512.00 | 3,096.75 |
| 06/24/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $80.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 80.00 | 3,016.75 |
| 06/24/11 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 71.82% on $4,200.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,016.75 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,449.52 | 5,449.52 | $0.00 |
| | | | Less: Bank Transfers | | 5,449.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,449.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,449.52 | |

Net Receipts : 12,907.82  
Less Payments to Debtor : 2,000.00  
—————  
Net Estate : $10,907.82

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 12,904.71 | 0.00 | 0.00 |
| MMA # 9200-******72-65 | 3.11 | 5,458.30 | 0.00 |
| Checking # 9200-******72-66 | 0.00 | 5,449.52 | 0.00 |
| | $12,907.82 | $10,907.82 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2011 01:43 PM  V.12.57