**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: LAVERDURE, RONALD W          § Case No. 05-08111
                                    §
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                          Assets Exempt:  $4,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00           Claims Discharged
                                                 Without Payment: $172,166.71

Total Expenses of Administration: $9,006.73

---

    3) Total gross receipts of $    9,006.73   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $9,006.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 138,859.21 | 138,859.21 | 9,006.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 38,244.66 | 38,244.66 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 133,922.05 | 133,922.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $311,025.92 | $311,025.92 | $9,006.73 |

4) This case was originally filed under Chapter 7 on March 08, 2005. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011        By: /s/ILENE F. GOLDSTEIN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTEE AVOIDING POWER | 1241-000 | 9,000.00 |
| Interest Income | 1270-000 | 6.73 |
| **TOTAL GROSS RECEIPTS** | | **$9,006.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,650.65 | 1,650.65 | 1,650.65 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 409.80 | 409.80 | 409.80 |
| Gould & Ratner,LLP | 3210-000 | N/A | 120,070.00 | 120,070.00 | 0.00 |
| Gould & Ratner,LLP | 3220-000 | N/A | 16,712.58 | 16,712.58 | 6,930.10 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 7.20 | 7.20 | 7.20 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 8.98 | 8.98 | 8.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 138,859.21 | 138,859.21 | 9,006.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | R G Smith | 5800-000 | N/A | 9,118.23 | 9,118.23 | 0.00 |
| 16P | Illinois Department of Revenue | 5800-000 | N/A | 3,154.53 | 3,154.53 | 0.00 |
| 19P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 13,582.07 | 13,582.07 | 0.00 |
| 20 | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 12,389.83 | 12,389.83 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 38,244.66 | 38,244.66 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Travel Related Services Co., Inc. | 7100-000 | N/A | 649.84 | 649.84 | 0.00 |
| 2 | American Express Travel Related Services Co., Inc. | 7100-000 | N/A | 25,368.30 | 25,368.30 | 0.00 |
| 3 | Pioneer Press | 7100-000 | N/A | 488.40 | 488.40 | 0.00 |
| 4 | T G Signs & Graphics | 7100-000 | N/A | 4,245.00 | 4,245.00 | 0.00 |
| 6 | Laborers' Pension and Welfare Funds | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | B&B Perm Seeding | 7100-000 | N/A | 2,520.00 | 2,520.00 | 0.00 |
| 8 | John Sakash Co. | 7100-000 | N/A | 4,248.33 | 4,248.33 | 0.00 |
| 9 | Rainbow Glass | 7100-000 | N/A | 2,697.02 | 2,697.02 | 0.00 |
| 10 | Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 6,651.99 | 6,651.99 | 0.00 |
| 11 | Midwest Operating Engineers Pension Trust Fund | 7100-000 | N/A | 5,803.39 | 5,803.39 | 0.00 |
| 12 | Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | N/A | 709.57 | 709.57 | 0.00 |
| 13 | Local 150 I.U.O.E. Vacation Savings Plan | 7100-000 | N/A | 2,311.50 | 2,311.50 | 0.00 |
| 14 | Midwest Operating Engineers Fringe Benefit Funds | 7100-000 | N/A | 651.25 | 651.25 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Key Equipment Finance | 7100-000 | N/A | 58,945.41 | 58,945.41 | 0.00 |
| 16U | Illinois Department of Revenue | 7100-000 | N/A | 686.40 | 686.40 | 0.00 |
| 17 | R A Adams | 7100-000 | N/A | 14,284.09 | 14,284.09 | 0.00 |
| 18 | Advocate Occupational Health | 7100-000 | N/A | 150.00 | 150.00 | 0.00 |
| 19U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 3,511.56 | 3,511.56 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 133,922.05 | 133,922.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-08111  
Case Name: LAVERDURE, RONALD W  

Trustee: (330290)  ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 03/08/05 (f)  
§341(a) Meeting Date: 04/04/05  

Period Ending: 09/01/11  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 600.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 600.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 1,500.00 | 500.00 | | 0.00 | FA |
| 5 | WATCHES | 500.00 | 500.00 | | 0.00 | FA |
| 6 | FIREARMS AND HOBBY EQUIPMENT | 200.00 | 200.00 | | 0.00 | FA |
| 7 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 8 | POTENTIAL CLAIM (WRONGFUL DEATH SUIT) | Unknown | Unknown | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES:' 02&'00 MERCEDES | 45,000.00 | 0.00 | | 0.00 | FA |
| 11 | CEMETERY BURIAL CRYPT, ARLINGTON HEIGHTS, IL | Unknown | Unknown | | 0.00 | FA |
| 12 | TRUSTEE AVOIDING POWER (u)<br>   This case is administratively insolvent.  The Trustee participated in a multi day trial of the Debtor successfully obtaining an order revoking the Debtor's discharge.  The Trustee also attempted recovery of other assets.  The attorney's fees to Trustee's special counsel along with the Trustee's own fees and expenses exceed the funds on hand by close to $200,000.  (See Footnote) | Unknown | Unknown | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.73 | FA |
| 12 | Assets    Totals (Excluding unknown values) | $49,800.00 | $1,800.00 | | $9,006.73 | $0.00 |

RE PROP# 12    This case is administratively insolvent.  The Trustee participated in a multi day trial of the
Debtor successfully obtaining an order revoking the Debtor's discharge.  The Trustee also attempted
recovery of other assets.  The attorney's fees to Trustee's special counsel along with the Trustee's
own fees and expenses exceed the funds on hand by close to $200,000.

Major Activities Affecting Case Closing:

STATUS:  TRUSTEE HAD FILED A COMPLAINT TO REVOKE DISCHARGE . THAT CASE WENT TO TRIAL AND THE COURT RULED IN THE TRUSTEES FAVOR AND HAS REVOKED THE DISCHARGE.  THE TRUSTEE  RESOLVED OR DISMISSED HER REMAINING COMPLAINTS.  THIS CASE IS ADMINISTRATIVELY INSOLVENT AND THE TRUSTEE WILL FILE A FINAL REPORT ASKING THAT OTHER THAN A MODEST TRUSTEE FEE THAT ALL OF THE FUNDS BE DISBURSED TO SPECIAL COUNSEL.  BOTH SPECIAL COUNSEL AND THE TRUSTEE WILL BE WRITING OFF CLOSE TO $200,000 IN ATTORNEYS FEES.

Printed: 09/01/2011 01:34 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-08111 | Trustee: | (330290) | ILENE F. GOLDSTEIN |
|---|---|---|---|---|
| Case Name: | LAVERDURE, RONALD W | Filed (f) or Converted (c): | 03/08/05 (f) | |
| | | §341(a) Meeting Date: | 04/04/05 | |
| Period Ending: | 09/01/11 | Claims Bar Date: | | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):    December 31, 2007        Current Projected Date Of Final Report (TFR):    April 30, 2011   (Actual)

Printed: 09/01/2011 01:34 PM    V.12.57

**Form 2**  Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-08111 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | LAVERDURE, RONALD W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****21-65 - Money Market Account |
| Taxpayer ID #: | **-***5294 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/09 | {12} | Morrison and Morrison | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 2,000.00 | | 2,000.00 |
| 06/11/09 | {12} | Douglas Zeit | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 5,000.00 | | 7,000.00 |
| 06/11/09 | {12} | Doug Zeit | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFERS | 1241-000 | 2,000.00 | | 9,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 9,000.19 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,000.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,000.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,001.29 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,001.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,002.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,002.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,002.74 |
| 02/19/10 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #05-08111 | 2300-000 | | 7.20 | 8,995.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,995.88 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 8,996.28 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 8,996.51 |
| 04/20/10 | | Wire out to BNYM account 9200******2165 | Wire out to BNYM account 9200******2165 | 9999-000 | -8,996.51 | | 0.00 |

| | | | | ACCOUNT TOTALS | 7.20 | 7.20 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -8,996.51 | 0.00 | |
| | | | | **Subtotal** | 9,003.71 | 7.20 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$9,003.71** | **$7.20** | |

{} Asset reference(s)  Printed: 09/01/2011 01:34 PM  V.12.57

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-08111 | Trustee: ILENE F. GOLDSTEIN (330290) |
| Case Name: LAVERDURE, RONALD W | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******21-65 - Money Market Account |
| Taxpayer ID #: **-***5294 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/01/11 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | 9999-000 | 8,996.51 | | 8,996.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 8,996.69 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.54 | | 8,997.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.52 | | 8,997.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,998.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,998.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,998.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,998.95 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,999.16 |
| 02/04/11 | 11002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #05-08111, Bond Premiums | 2300-000 | | 8.98 | 8,990.18 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,990.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.31 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.45 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,990.52 |
| 07/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 8,990.55 |
| 07/15/11 | | To Account #9200******2166 | Transfer from Investment | 9999-000 | | 8,990.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,999.53 | 8,999.53 | $0.00 |
| | | | Less: Bank Transfers | | 8,996.51 | 8,990.55 | |
| | | | Subtotal | | 3.02 | 8.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3.02 | $8.98 | |

{} Asset reference(s)                Printed: 09/01/2011 01:34 PM    V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 05-08111  
Case Name: LAVERDURE, RONALD W

Taxpayer ID #: **-***5294  
Period Ending: 09/01/11

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******21-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/11 | | From Account #9200******2165 | Transfer from Investment | 9999-000 | 8,990.55 | | 8,990.55 |
| 07/15/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,650.65, Trustee Compensation; Reference: | 2100-000 | | 1,650.65 | 7,339.90 |
| 07/15/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $409.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 409.80 | 6,930.10 |
| 07/15/11 | 103 | Gould & Ratner,LLP | Dividend paid 41.46% on $16,712.58, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 6,930.10 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,990.55 | 8,990.55 | $0.00 |
| Less: Bank Transfers | | 8,990.55 | 0.00 | |
| Subtotal | | 0.00 | 8,990.55 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $8,990.55 | |

Net Receipts : 9,006.73  
———————  
Net Estate : $9,006.73

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 9,003.71 | 7.20 | 0.00 |
| MMA # 9200-******21-65 | 3.02 | 8.98 | 0.00 |
| Checking # 9200-******21-66 | 0.00 | 8,990.55 | 0.00 |
| | $9,006.73 | $9,006.73 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2011 01:34 PM    V.12.57